

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-84,208-01

### EX PARTE JOSE GARZA, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1325799 IN THE 177TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to twenty-five years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Garza v. State*, 14-12-00925-CR (Tex. App.—Houston [14th], Mar. 27, 2014).

Applicant contends that the appellate court's lack of notice of the denial of his motion for rehearing denied him of his right to file a *pro se* petition for discretionary review. The trial court

recommends that relief be granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fourteenth Court of Appeals in Cause No. 14-12-925-CR that affirmed his conviction in Cause No. 1325799 from the 177th District Court of Harris County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: December 9, 2015
Do not publish